UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

TINA JAMESON-BROWN, )
    Plaintiff, )
)
v. ) Civil Action No. 5:11-cv-98
)
)
LEE WILKIE and HOSPITALITY )
MINTS, LLC, )
    Defendants. )
)

## ORDER

The Parties to this action have filed a consent motion pursuant to 28 USC § 1447(c) requesting that the Court remand this action to the General Court of Justice, Superior Court Division for Watauga County, North Carolina because of a lack of federal jurisdiction. It appearing that the motion is made for good reason and that the Parties are in agreement that a remand is required, it is ORDERED that this action shall be remanded to the General Court of Justice, Superior Court Division for Watauga County, North Carolina and that the Parties each shall bear their own costs, expenses and attorneys' fees incurred in regards to the removal and remand of this action.

**IT IS SO ORDERED.**

Signed:

_/s/ Richard L. Voorhees_
United States District ~~Magistrate~~ Judge